UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 04-CR-00521-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MICHELLE BRAUN,

Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of a letter sent by Defendant Michelle Braun on July 30, 2006. The letter makes certain requests as to Defendant's sentence, asking that it be reduced or modified. I will treat Defendant's letter as a motion to modify the sentence.

After a careful review of Defendant's motion, I conclude that the motion should be denied. The Court does not have inherent authority to modify a previously imposed sentence—it may do so only pursuant to statutory authorization. *United States v. Mendoza*, 118 F.3d 707, 709 (10th Cir.), *cert. denied*, 522 U.S. 961 (1997). 18 U.S.C. § 3582 provides three grounds upon which a sentence may be modified. Defendant has not shown that any of those grounds are present in this case. Defendant has also not shown that relief is proper under any other statute.

Accordingly, it is

ORDERED that Defendant's motion to modify the sentence filed July 30, 2006, is **DENIED**.

Dated:  August 9, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge